IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


QUINANNA AUSTIN, o/b/o AJL          *

      Plaintiff                  *
                                                CASE NO. 4:05-CV-95 (CDL)
vs.                                 *

JO ANNE B. BARNHART,                *
COMMISSIONER OF SOCIAL
SECURITY                            *

      Defendant                  *


ORDER ON RECOMMENDATION

    The Recommendation of the United States Magistrate Judge filed January 5, 2006, has been read and considered and is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 7th day of June, 2006.


            S/Clay D. Land
                CLAY D. LAND
           UNITED STATES DISTRICT JUDGE